## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, | )<br>)<br>) Case No.: 2:23-cv-02060 |
| Plaintiff, | ) |
| v. | ) |
| QP HOLDINGS, LLC<br>d/b/a QUANTUM PLASTICS, | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

Comes now, The Hanover Insurance Company ("Hanover"), by and through its attorneys, Munson, Rowlett, Moore & Boone, P.A., and for its Notice of Dismissal without Prejudice, states:

1. The instant lawsuit was filed on May 1, 2023.

2. Through a series of extensions, Defendant's answer is not due until November 30, 2023.

3. The case is a declaratory judgment action relating to Hanover's obligation to defend and indemnify Defendant in litigation in Illinois.

4. On November 22, 2023, Defendant formally withdrew its tender of the Illinois lawsuit to Hanover.

5. With the tender of the lawsuit withdrawn, there remains no justiciable controversy between the parties.

6. Since Defendant has not filed an answer or motion for summary judgment, Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows Hanover to dismiss this action without Court order.

- 2 -

WHEREFORE, Plaintiff, The Hanover Insurance Company, provides notice that it is voluntarily dismissing its Complaint without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

          Respectfully Submitted,

          MUNSON, ROWLETT, MOORE & BOONE, P.A.
          One Allied Drive, Suite 1600
          Little Rock, AR 72202
          501-374-6535 (phone)
          501-374-5906 (fax)

          By  */s/ Zachary R. Hill*
             BRUCE MUNSON, BAR NO. 78118
             ZACHARY R. HILL, BAR NO. 2019132
             bruce.munson@mrmblaw.com
             zachary.hill@mrmblaw.com

          AND

          James K. Thurston, Esq.
          Daniel Tranen, Esq.
          Wilson, Elser, Moskowitz, Edelman & Dicker LLP
          55 West Monroe Street, Suite 3800
          Chicago, IL. 60603
          (312) 704-0550 (telephone)
          Email: james.thurston@wilsonelser.com
          Email: daniel.tranen@wilsonelser.com