IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THE HANOVER INSURANCE COMPANY                                    PLAINTIFF

vs.                                          NO. 2:23-cv-2060

QP HOLDINGS, LLC
d/b/a QUANTUM PLASTICS                                           DEFENDANT

## CLERK'S ORDER OF DISMISSAL

On this 27th day of November 2023, the plaintiff herein having filed a Notice of Voluntary Dismissal (Doc. 15) pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice.

AT THE DIRECTION OF THE COURT
RONALD E. DOWLING, COURT CLERK

BY: *Michelle McEntire*
Deputy Clerk